UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 1

| | |
|---|---|
| Pharmgate Inc.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | **SUMMONS**<br><br>Court No. 1:25-cv-00079-NA |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Omaha, Nebraska (3512) | Center (if known): | Pharmaceuticals, Health & Chemicals |
|---|---|---|---|
| Protest Number: | 351224100604 | Date Protest Filed: | 04/26/2024 |
| Importer: | Pharmgate Inc. | Date Protest Denied: | 10/29/2024 |
| Category of Merchandise: | Pharmaceutical (veterinary antibiotic) | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| M7302223400 | 06/02/2022 | 04/28/2023 | M7302226536 | 07/29/2022 | 06/09/2023 |
| M7302232583 | 06/12/2022 | 05/05/2023 | M7302232591 | 05/31/2022 | 04/28/2023 |
| M7302232609 | 06/17/2022 | 05/12/2023 | M7302232617 | 08/09/2022 | 07/07/2023 |
| M7302235602 | 06/27/2022 | 05/26/2023 | M7302236683 | 07/27/2022 | 06/23/2023 |

Jessica R. Rifkin
Olsson Frank Weeda Terman Matz PC
2000 Pennsylvania Ave NW Suite 4003
Washington DC 20006 jrifkin@ofwlaw.com
(202) 518 - 6321

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Chlortetracyline Hydrochloride | 2309.90.9500 9903.88.03 | 1.4% 25% | 2941.30.0000 | Free |

### Other

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Liquidation of the covered entries in 2309.90.9500/1.4% + 9903.88.03/25%. Plaintiff claims that chlortetracycline for veterinary use is classifiable in 2941.30.0000/Free, and is not subject to Section 301 duties under 9903.88.03.

The issue which was common to all such denied protests:

1. Whether under H325604 (Aug. 31, 2023) the chlortetracycline hydrochloride was classifiable in 2941.30.0000/Free and was not subject to Section 301 duties.
2. Whether the 180 day protest filing period for these entries should be equitably tolled due to CBP's misleading information.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_Signature of Plaintiff's Attorney_

04/27/2025

_Date_

## SCHEDULE OF PROTESTS

Pharmaceuticals, Health & Chemicals

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 351224100604 (continued) | | | M7302236709 | 08/08/2022 | 07/07/2023 | 3512 |
| | | | M7302240404 | 07/19/2022 | 06/16/2023 | 3512 |
| | | | M7302242095 | 08/04/2022 | 06/30/2023 | 3512 |
| | | | M7302246823 | 08/26/2022 | 06/23/2023 | 3512 |
| | | | M7302246831 | 07/27/2022 | 07/28/2023 | 3512 |
| | | | M7302247292 | 07/26/2022 | 06/23/2023 | 3512 |
| | | | M7302249256 | 10/07/2022 | 08/25/2023 | 3512 |
| | | | M7302249264 | 10/06/2022 | 09/01/2023 | 3512 |
| | | | M7302250999 | 07/21/2022 | 06/16/2023 | 3512 |
| | | | M7302252250 | 10/07//2022 | 08/25/2023 | 3512 |
| | | | M7302256038 | 10/07/2022 | 09/01/2023 | 3512 |
| | | | M7302257721 | 10/17/2022 | 09/08/2023 | 3512 |
| | | | M7302262432 | 11/05/2022 | 09/15/2023 | 3512 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)